Case 1:26-cv-00159   Document 14   Filed 02/25/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARVIN DANILO ROJAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-159 |
| | § | |
| | § | |
| PAMELA JO BONDI, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Marvin Danilo Rojas is a national of Guatemala currently detained by United States immigration authorities in Cameron County, Texas. Petitioner has protection from removal to Guatemala.

Petitioner states that Respondents have already attempted to remove him to Mexico without the opportunity to seek protection from such removal, and that Respondents plan to remove him to Mexico in the future. Petitioner fears persecution in Mexico because of his work in law enforcement in Guatemala, and he challenges Respondents' third-country removal procedures. (TRO Motion, Doc. 2–1, 1–2)

On February 12, the Court issued a Temporary Restraining Order, enjoining Respondents from removing or deporting Petitioner, to maintain the status quo while the Court considered Petitioner's claims. (TRO, Doc. 5)

On February 18, the Court held a hearing at which the parties presented their arguments as to Petitioner's request for injunctive relief.[1] The Court extended the TRO to maintain the status quo while it considered the matter. (TRO, Doc. 13)

---

[1] The initial TRO also prohibited Respondents from transferring Petitioner, but Respondents advised the Court that Petitioner had already been transferred to Louisiana before the TRO issued. (Advisory, Doc. 8)  At the February 18 status conference, Respondents represented that Petitioner had been returned or was en route back to Cameron County, Texas.

The issues that Petitioner raises in this habeas action are substantively similar to the issues presented in *Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division). In that case, this Court has issued its Order and Opinion analyzing the issues and granting a preliminary injunction as to some of the requested relief. *See Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division) (Order and Opinion, Doc. 24).

Based on the record in the instant matter and the applicable law, the Court finds that the analysis in the *Aranda Gomez* Order and Opinion applies equally to the issues that Petitioner raises here. The Court adopts the reasoning of that Order and Opinion by reference.

As a result, it is:

**ORDERED** that Petitioner Marvin Danilo Rojas's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **GRANTED IN PART AND DENIED IN PART**;

**ORDERED** that Respondents shall comply with the notice provisions of the 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order; and

**ORDERED** that Respondents may not remove Petitioner to the designated third country less than seven days after providing him with the notice of the country to which he will be removed.

Signed on February 25, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge