Case 1:26-cv-00159   Document 15   Filed 02/27/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARVIN DANILO ROJAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-159 |
| | § | |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# **ORDER**

In this habeas action, the Court has issued a preliminary injunction addressing the primary issues that Petitioner raises in this matter. (*See* Order, Doc. 14) To facilitate the Court's identification and consideration of any remaining issues in this case, it is:

**ORDERED** that by no later than March 20, 2026, each party shall file a Statement with the Court identifying any issues in this matter that remain unresolved, and presenting any argument against the Court entering a Permanent Injunction in accordance with the previously-issued preliminary injunction.

Signed on February 27, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge